AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  PRATT, ROBERT W | 2. Court or Organization  US DISTRICT COURT - SO IOWA | 3. Date of Report  04/18/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US DISTRICT COURT JUDGE-ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  US COURTHOUSE 123 E. WALNUT STREET DES MOINES, IA 50309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 12 A II: 32
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/18/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Merit Resources, Inc. - WAGES |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | American Constitution Society | 7/07 | Washington, DC | Convention Speaker | Taxi $47.50, Airfare $452.80 |
| 3. | Touro College of Law | 9/12/07 | Long Island, NY | Moot Court Judging | Airfare $488.20 |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/18/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANKERS TRUST COMPANY | A | Interest | J | T | | | | | |
| 2. MORGAN STANLEY DEAN WITTER MARKETABLE SECURITIES: | | | | | | | | | |
| 3. MORGAN STANLEY BANK | C | Interest | M | T | | | | | |
| 4. IOWA ST BRD REGENTS AUD REV ST UNIV OF IOWA 5600 | B | Interest | K | T | | | | | |
| 5. ARKANSAS ST DEV FIN AUTH SNGL FAM E 4650 | A | Interest | | | REDEEMED | 1/2 | K | | |
| 6. NEBRASKA INVT FIN AUTH SINGLE FAMILY HSG REV SER D 5150 | A | Interest | K | T | PARTIAL SALE | 8/2 | J | | |
| 7. KANSAS ST DEPT TRANSN HWY REV SER-A 4800 | B | Interest | K | T | | | | | |
| 8. IOWA ST UNIV SCIENCE TECH REV REF UTIL 4150 | B | Interest | K | T | | | | | |
| 9. MOHAVE CNTY AZ INDL DEV AUTH I/D/R CTZNS UTIL CO ID | A | Interest | | | REDEEMED | 8/1 | K | | |
| 10. WICHITA KANSAS GENERAL OBLIGATION 4800 | A | Interest | | | REDEEMED | 3/1 | J | | |
| 11. NORTH DAKOTA ST HSG FIN AGY MTG 5250 | B | Interest | K | T | | | | | |
| 12. SNOHOMISH & ISLAND COUNTY WA SCHOOL DISTRICT-401 4100 | A | Interest | K | T | | | | | |
| 13. IOWA STATE SPECIAL FUND VISION 3350 | A | Interest | | | REDEEMED | 2/15 | K | | |
| 14. STATE UNIV IOWA REVS CLGE SVGS PRGM ZERO COUPON | A | Interest | | | REDEEMED | 7/2 | K | | |
| 15. OREGON ST ELDERLY & DISABLED HSG SER-A 2.750% | A | Interest | K | T | | | | | |
| 16. ALASKA HSG FIN CORP HSG DEV SER-B 3.550% | A | Interest | K | T | | | | | |
| 17. COOK CO IL FST PRESV DIST REF SER-A 3.625% | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WINONA CNTY MINN CAP IMPT PLAN SER-A 3.600% | A | Interest | K | T | | | | | |
| 19. WICHITA KS GENL OBLIG SER 769 UNLTD TAX 4.000% | A | Interest | K | T | | | | | |
| 20. WITCHITA KS GENL OBLIG SER 769 UNLTD TAX 3.600% | A | Interest | K | T | | | | | |
| 21. SIOUX CITY IOWA GEN OBLIG UNLTD TAX 3.500% | B | Interest | L | T | | | | | |
| 22. WEST DES MOINES IOWA GEN OBLIG SER-C 3.600% | A | Interest | J | T | | | | | |
| 23. CONNECTICUT ST HLTH EDL FACS AUTH UIV HARTFORD SER-E 4.000 | A | Interest | K | T | | | | | |
| 24. BROWN CNTY WISC GENL OBLIG ARPT IMPT SER-A 4.000% | A | Interest | K | T | | | | | |
| 25. OMAHA NE ARPT AUTH ARPT REV REF-FACS 4.000% | A | Interest | J | T | | | | | |
| 26. ADDISON TX GENL OBLIG REF UNLTD TAX 4.000% | A | Interest | K | T | | | | | |
| 27. BROWN CNTY WISC GENL OBLIG ARPT IMPT SER-A 4.000% | A | Interest | K | T | | | | | |
| 28. GLENCOE ILL GENL OBLIG BK QUAL UNLTD TAX 4.100% | B | Interest | K | T | | | | | |
| 29. BLOOMINGTON IL GEN OBLIG REF BK QUAL 4.000% | A | Interest | K | T | | | | | |
| 30. WASHINGTON CNTY WISC GENL OBLIG PROM NTS 4.000% | A | Interest | K | T | | | | | |
| 31. WEST CHESTER PA AREA SCH DIST 4.000% | A | Interest | K | T | | | | | |
| 32. WAUKEE IOWA CMNTY SCH DIST REF SER-B 3.300% | B | Interest | L | T | ADDTL BUY | 8/1 | K | | |
| 33. BOYDEN HULL IOWA CMNTY SCH DIST 4.300% | A | Interest | K | T | | | | | |
| 34. ARIZONA ST TRANSN BRD HWY REV REF SER-A 4.000% | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PALM BEACH CNTY FL SCH BRD CTFS PARTN REV SER-A 4.000% | A | Interest | K | T | | | | | |
| 36. OREGON ST DEPT ADMIN SVCS SALEM OREGON SER-C 4.000% | A | Interest | K | T | | | | | |
| 37. AUSTIN TX ELEC UTIL SYS REV 4.000% | A | Interest | K | T | | | | | |
| 38. UNIV NORTHN IA STUDENT UNION SER UNI 4.800% | B | Interest | K | T | | | | | |
| 39. CAPITAL ONE BANK GLEN ALLEN VA CD 5.000% | A | Interest | | | SOLD | 7/19 | L | | |
| 40. W.DES MOINES GO-C BE 4.000% | A | Interest | J | T | | | | | |
| 41. SHAKOPEE IMPT BE 4.000% | A | Interest | K | T | | | | | |
| 42. SCHILLER PARK ILL GO-C BE 4.000% | A | Interest | J | T | | | | | |
| 43. SCHILLER PARK ILL GO-C BE 4.000% | B | Interest | L | T | | | | | |
| 44. IA ST UNIV SCI & TECH 3300 | A | Interest | K | T | | | | | |
| 45. FLA HSG FIN CORP SER F 3400 | A | Interest | K | T | | | | | |
| 46. IA ST UNIV SCI & TECH 3500 | C | Interest | L | T | | | | | |
| 47. GMAC 5250 | B | Interest | K | T | | | | | |
| 48. PR HWYS TRANS 3400 | A | Interest | K | T | | | | | |
| 49. DES MOINES STORM WATER 4200 | B | Interest | L | T | | | | | |
| 50. LITTLE ELM TEX ISD | A | Interest | J | T | | | | | |
| 51. ILL ST CLG SVGS ZERO | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NYC GO SER-A 3000 | B | Interest | K | T | | | | | |
| 53. MADISON WISC SWR-A 3125 | B | Interest | K | T | | | | | |
| 54. ALTOONA IA GO 3250 | A | Interest | K | T | | | | | |
| 55. WESTERN DUBUQUE CO SD 3200 | A | Interest | K | T | | | | | |
| 56. ODESSA TX HSG FIN CORP ZERO COUPON | A | Interest | J | T | | | | | |
| 57. MINN HIGHER EDUC FACS AUTH 3625 | A | Interest | J | T | | | | | |
| 58. AURORA COLO SINGLE FAM MTG REV SER A ZERO | A | Interest | J | T | | | | | |
| 59. DOUGLAS CO COLO SCH DIST 1 ZERO | A | Interest | K | T | | | | | |
| 60. WASH ST GEN OBLIG MOTOR VEH FUEL TAX ZERO | A | Interest | K | T | | | | | |
| 61. E-470 PUB HWY AUTH COLO ZERO | A | Interest | L | T | | | | | |
| 62. WILL CNTY ILL SCH DIST NO 122 ZERO | A | Interest | J | T | | | | | |
| 63. LAKE CNTY ILL CMNTY SCH DIST NO 050 ZERO | A | Interest | L | T | | | | | |
| 64. VIRGINIA HSG DEV COMWLTH SER A 4250 | B | Interest | K | T | | | | | |
| 65. DES MOINES IOWA STORMWATER 4500 | C | Interest | M | T | | | | | |
| 66. IOWA ST UNIV SCIENCE & TECH 4000 | A | Interest | J | T | | | | | |
| 67. FHLB 3000 | A | Interest | | | SOLD | 4/23 | L | | |
| 68. FHLMC MED TERM NOTE 4000 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IOWA CITY IA COMM SCH DIST 3000 | A | Interest | J | T | | | | | |
| 70. PUERTO RICO ELEC PWR AUTH SER SS 3300 | A | Interest | K | T | | | | | |
| 71. CENTRAL VALLEY SCH DIST ZERO | A | Interest | K | T | | | | | |
| 72. UNIV CONN REV SER A ZERO | A | Interest | J | T | | | | | |
| 73. WALLA WALLA WASH WATER & WASTE 3625 | C | Interest | L | T | | | | | |
| 74. FHLB 4750 | C | Interest | M | T | | | | | |
| 75. FHLB 4875 | C | Interest | L | T | | | | | |
| 76. STATE UNIV IA ACADEMIC BLDG ZERO COUPON | A | Interest | | | REDEEMED | 7/2 | J | | |
| 77. UNIV KENTUCKY 2ND SER 2625 | A | Interest | J | T | | | | | |
| 78. DES MOINES IA STORMWATER 3000 | A | Interest | K | T | | | | | |
| 79. LAKEWAY MUN UTIL DIST TX ZERO COUPON | A | Interest | L | T | | | | | |
| 80. WEST DES MOINES GO 3250 | A | Interest | J | T | | | | | |
| 81. LOUISIANNA ST GO GULF OPP 4000 | A | Interest | J | T | | | | | |
| 82. MODESTO CA IRR DIST 4000 | A | Interest | K | T | | | | | |
| 83. FAYETTE CNTY KY SCH DIST 3375 | A | Interest | J | T | | | | | |
| 84. ALASKA ST HSG FIN CORP 4250 | C | Interest | L | T | | | | | |
| 85. FED FARM CR BK 5340 | A | Interest | | | SOLD | 10/2 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MS EMERGING MKTS DOMESTIC DEBT | C | Dividend | K | T | BUY | 4/23 | K | | |
| 87. WEST DES MOINES URBAN RENEWAL 3000 | A | Interest | J | T | BUY | 9/6 | J | | |
| 88. WESTMINSTER CO SALES & USE 4000 | A | Interest | K | T | BUY | 7/31 | K | | |
| 89. PARIS TX GEN OBLIG 4000 | A | Interest | K | T | BUY | 6/21 | K | | |
| 90. TACOMA PUB UTIL LIGHT & PWR 3700 | A | Interest | J | T | BUY | 4/25 | J | | |
| 91. INKSTER MI GEN OBLIG 4000 | C | Interest | L | T | BUY | 1/10 | L | | |
| 92. PASCO WA GEN OBLIG 3750 | A | Interest | J | T | BUY | 4/25 | J | | |
| 93. WASH CTY UTAH SCH DIST 4000 | A | Interest | J | T | BUY | 7/31 | J | | |
| 94. WRIGHT ST UNIV 3500 | A | Interest | J | T | BUY | 8/1 | J | | |
| 95. ALASKA ST INTL AIRPORTS 4000 | B | Interest | K | T | BUY | 4/25 | K | | |
| 96. METRO WASH DC AIRPORT AUTH 4125 | A | Interest | J | T | BUY | 8/1 | J | | |
| 97. DENVER CO CONV CTR HOTEL 4000 | A | Interest | K | T | BUY | 7/31 | K | | |
| 98. STATE UNIV IOWA REC FACS 4000 | A | Interest | K | T | BUY | 8/2 | K | | |
| 99. STATE UNIV IOWA UTIL SYS 4000 | A | Interest | K | T | BUY | 2/13 | K | | |
| 100. ANKENY IA COMM SCH DIST 4000 | B | Interest | L | T | BUY | 5/22 | L | | |
| 101. MORGAN STANLEY DEAN WITTER IRA #1: | | | | | | | | | |
| 102. MSDW LIQUID ASSET FUND | A | Interest | | | REDEEMED | 7/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  MORGAN STANLEY BANK | B | Interest | K | T | | | | | |
| 104.  TRANSCDA PL 8.2500% | A | Interest | | | REDEEMED | 7/5 | J | | |
| 105.  AT&T CORP 6.000% | B | Interest | K | T | | | | | |
| 106.  HOUSEHOLD FINANCE 5750 | A | Interest | | | REDEEMED | 7/16 | J | | |
| 107.  GMAC 5250 | B | Interest | K | T | | | | | |
| 108.  FNMA 4500 | B | Interest | K | T | | | | | |
| 109.  FHLMC MTN 5000 | A | Interest | | | REDEEMED | 10/31 | K | | |
| 110.  FNMA 4500 | B | Interest | K | T | | | | | |
| 111.  FHLMC MTN 5000 | B | Interest | K | T | | | | | |
| 112.  STANDARD & POORS DEP RECPTS | A | Dividend | | | PARTIAL SALE | 6/13 | J | | |
| 113.  STANDARD & POORS DEP RECPTS | | None | | | SOLD | 12/21 | L | | |
| 114.  ALTRIA GROUP INC 5625 | B | Interest | K | T | | | | | |
| 115.  GMAC 5625 | B | Interest | K | T | | | | | |
| 116.  FNMA 4000 | A | Interest | | | REDEEMED | 8/27 | K | | |
| 117.  STANDARD & POORS MIDCAP 400 | A | Dividend | L | T | PARTIAL SALE | 6/13 | J | | |
| 118.  FNMA 5000 | A | Interest | | | REDEEMED | 10/1 | K | | |
| 119.  ISHARES RUSSELL 2000 INDEX FD | A | Dividend | | | PARTIAL SALE | 6/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. ISHARES RUSSELL 2000 INDEX FD | | None | | | SOLD | 12/05 | L | | |
| 121. PHARMACEUTICAL HOLDERS TR | A | Dividend | K | T | | | | | |
| 122. GMAC 7375 | B | Interest | K | T | | | | | |
| 123. ISHARES MSCI EAFE FUND | A | Dividend | | | SOLD | 12/21 | L | | |
| 124. FORD MOTOR CREDIT 5850 | C | Interest | K | T | | | | | |
| 125. DWS DREMAN VALUE INC EDGE FUND | B | Dividend | J | T | | | | | |
| 126. MORGAN STANLEY CHINA A FD INC | A | Dividend | J | T | PARTIAL SALE | 9/20 | K | | |
| 127. JP MORGAN S&P 500 EQUITY CD ZERO COUPON | A | Interest | L | T | | | | | |
| 128. MORGAN STANLEY BANK S&P 500 CD ZERO COUPON | A | Interest | K | T | | | | | |
| 129. HARTFORD LIFE GLOB FUNDS NOTES 5500 | B | Interest | K | T | | | | | |
| 130. PRINCIPAL LIFE INC FDG 5500 | A | Interest | | | REDEEMED | 5/15 | K | | |
| 131. PLUS ON TR FTSE/XINHUA CHINA | A | Dividend | K | T | | | | | |
| 132. MS EMERGING MKTS DOMESTIC DEBT | A | Dividend | J | T | BUY | 4/23 | J | | |
| 133. PUBLIC STORAGE 7000 | B | Dividend | K | T | BUY | 6/27 | K | | |
| 134. CITIGROUP CAP XIX 7250 | A | Interest | J | T | BUY | 8/8 | J | | |
| 135. ML PFD CAP TRUST III 7375 | A | Interest | J | T | BUY | 8/15 | J | | |
| 136. AEGON NV 7250 | A | Dividend | J | T | BUY | 9/14 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ROYAL BK SCOTLAND GP 7250 | A | Dividend | J | T | BUY | 9/21 | J | | |
| 138. ING GROEP NV 7375 | A | Dividend | J | T | BUY | 10/1 | J | | |
| 139. DB CAPITAL FUNDING X 7350 | A | Dividend | J | T | BUY | 11/7 | J | | |
| 140. BANK OF AMERICA CORP 7250 | A | Dividend | J | T | BUY | 11/14 | J | | |
| 141. WACHOVIA CAPITAL TRUST X 7850 | A | Interest | J | T | BUY | 11/15 | J | | |
| 142. COMMODITY JUMP CPN BY MS ZERO CPN | A | Interest | K | T | BUY | 11/23 | K | | |
| 143. AMERICAN INTL GROUP 7700 | A | Interest | J | T | BUY | 12/11 | J | | |
| 144. PLUS ON RUSSELL 2000 INDEX FD | A | Dividend | L | T | BUY | 11/23 | L | | |
| 145. PLUS ON S&P 500 INDEX | A | Dividend | K | T | BUY | 12/21 | K | | |
| 146. PLUS ON ISHARES MSCI EAFE INDEX | A | Dividend | K | T | BUY | 12/21 | K | | |
| 147. WASHINGTON MUTUAL BANK CD 4750 | C | Interest | L | T | BUY | 12/21 | L | | |
| 148. BOEING CO | A | Dividend | J | T | BUY | 11/16 | J | | |
| 149. MONSANTO CO | A | Dividend | | | BUY | 11/21 | J | | |
| 150. MONSANTO CO | | None | | | SOLD | 11/28 | J | | |
| 151. MORGAN STANLEY DEAN WITTER IRA #2: | | | | | | | | | |
| 152. ALLIANCE BERNSTEIN SMALL CAP GROWTH | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/18/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544